UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  18-01824
Paassa Legzim )
)   Chapter: 13
)   Honorable LaShonda Hunt
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Modify is GRANTED.

It is hereby ORDERED that:

1. The Debtor's Chapter 13 Plan payment default is deferred over the remaining 43 mons.

2. The Debtor's Chapter 13 Plan payment is increased to $380.00.

3. Debtor's Chapter 13 Plan base is increased to $20,115.00

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: July 15, 2019